UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOLLY MUNIZ | CIVIL ACTION NO. 08-CV-544 |
| VERSUS | JUDGE POLOZOLA |
| DAVE LUKE AND MERCK & CO., INC. | MAGISTRATE JUDGE RIEDLINGER |

## ORDER

HAVING CONSIDERED the Joint Stipulation of Dismissal submitted by the Plaintiff and the Defendants;

IT IS HEREBY ORDERED that the above-captioned action be dismissed, in its entirety, each party to bear its own fees and costs.

Baton Rouge, Louisiana, this __23__ day of December, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT

3